**FILED**

**FEBRUARY 4, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JONATHAN KAPLAN, | ) | |
| | ) | |
| Plaintiff, | ) | No. |
| | ) | |
| vs. | ) | |
| | ) | |
| SUSQUEHANNA INTERNATIONAL GROUP, LLP. | ) | |
| LONG TERM DISABILITY PLAN, | ) | |
| Designated for Employees of | ) | |
| Susquehanna International Group. LLP., | ) | |
| STANDARD INSURANCE COMPANY, | ) | |
| in its capacity as Administrator | ) | |
| of the Plan; | ) | |
| | ) | |
| Defendants. | ) | |

**08 C 752**

**JUDGE MANNING
MAGISTRATE JUDGE NOLAN**

### COMPLAINT

Now comes the Plaintiff, JONATHAN KAPLAN, by his attorneys,

DOBBS AND HUTCHISON, and complaining against the defendants,

states:

1.  Jurisdiction of the court is based upon the Employee

Retirement Income Security Act of 1974 (ERISA); and in

particular, 29 U.S.C. Sect. 1132(e)(1) and 1132(f).  Those

provisions give the district courts jurisdiction to hear civil

actions brought to recover benefits due under the terms of an

employee welfare benefit plan which, in this case, consists of a

group long-term disability insurance plan administered by

Standard Insurance Company ("Standard") for the benefit of

employees of Susquehanna International Group, LLP. That are
dependent upon an empoyee's continued receipt of long-term
disability benefits.

2.     The ERISA status provides, at 29 U.C.C. Sect. 1133, a
mechanism for administrative or internal appeal of benefits
denials.

3.     Plaintiff has exhausted all of his pre-suit appeals.
Venue is proper in the Northern District of Illinois 29 U.S.C.
Sect. 1132(e)(2), 28 U.S.C. Sect. 1391.

### Nature of Action

4.     This is a claim seeking payment of disability income
benefits pursuant to a long-term disability plan administered by
Standard to provide long-term disability income benefits to
employees of Susquehanna International Group, LLP.  This action,
seeking recovery of benefits, is brought pursuant to Sect.
502(a)(1)(B)of ERISA (29 U.S.C. Sect. 1132 (a)(1)(B).

### The Parties

5.     Jonathan Kaplan was a resident of Chicago, Illinois at
relevant times, and is now a resident of Pickerington, Ohio.
(Kaplan)

6.     Susquehanna International Group, LLP. Long Term
Disability Plan (Plan) is an employee benefit plan sponsored by
Susquehanna International Group, LLP. and administered by

2

Standard for the benefit of its employees under Policy Number
124961-A. A true and correct copy of the Plan is attached as
Exhibit A.

7.     At all times relevant hereto, the Plan constituted an
"employee welfare benefit plan" as defined by 29 U.S.C. Sect.
1002(1); and incident to his employment, Kaplan received
coverage under the Plan as "participant" as defined by 29U.S.C.
Sect. 1002(7).

### Statement of Facts

8.     Kaplan was actively employed by Susquehanna
International Group, LLP. as a Floor Trader until October 25,
2002, when he had to cease working due to herniated discs with
neurological abnormalities that are documented by electromyogram
and computerized tomography or magnetic resonance imaging,
scoliosis, radiculopathies that are documented by
electromyogram, neurologic disease, and resulting medical
symptoms and functional limitations.

9.     Kaplan has not engaged in any substantial gainful
activity since that date.

9.     Subsequent to his ceasing his active employment,
Kaplan applied for benefits under the plan, and his application
alleged that due to his condition, he was entitled to benefits

3

in the amount of $10,000.00 per month due to qualifying disability under the plan.

10. Kaplan was found to meet the definition of disability, and was paid $10,000.00 per month from after the expiration of the 180-day waiting period, April 23, 2003, for 24 months, until April 22, 2005.

11. Thereafter, continuing benefits past April 22, 2005 were denied to Kaplan, by letter dated June 21, 2004, based upon the claim by the defendants that the claim was limited by the 24-month Maximum Benefit Period for 'depression, anxiety, and cervical degenerative disc disease'.

12. After receiving Standard's denial of continuing benefits, Kaplan submitted a detailed appeal of the benefits denial which contained substantial medical and other evidence, that support Kaplan's claim that his medical problems continue to meet the standard of disability under the policy, notwithstanding the 24-month limitations.

13. Without cause or reasonable justification, Standard denied Kaplan's appeals and affirmed its decision to terminate benefits.

14. Standard's actions have now foreclosed all avenues of administrative appeal and this matter is ripe for judicial review.

4

15. Kaplan is entitled to disability benefits retroactive to April 23, 2005, at $10,000.00 per month, plus interest on all overdue payments at the rate of 9% in accordance with 215 ILCS 5/357.9 or 357.9a, and continuing benefits.

WHEREFORE, Kaplan prays for the following relief:

A. That the court enter judgment in Kaplan's favor and against the defendants and that the court order the defendants to reinstate Kaplan's disability income benefits under the Plan;

B. That the court order the defendants to pay Kaplan prejudgment interest on all benefits that have accrued prior to the date of judgment at a rate of 9% in accordance with 215 ILCS 5/357.9;

C. That the court order defendants to continue paying and providing Kaplan with benefits so long as he meets the various employee benefit plans' terms and conditions for receipt of benefits;

D. That the court award attorneys' fees pursuant to 29 U.S.C. Sect. 1132(g); and

E. That Kaplan recover all costs of suit.

Respectfully submitted,

_____
Attorney for Plaintiff

Dobbs and Hutchison
47 West Polk Street, Suite M-2
Chicago, Il 60605
312-461-9800



# STANDARD INSURANCE COMPANY

A Stock Life Insurance Company
P.O. Box 711
Portland Oregon 97207
(503) 321-7000

*People. Not Just Policies.®*

## CERTIFICATE AND SUMMARY PLAN DESCRIPTION

## GROUP LONG TERM DISABILITY INSURANCE

| | |
|---|---|
| Policyowner: | SUSQUEHANNA INTERNATIONAL GROUP, LLP |
| Policy Number: | 124961-A |
| Effective Date: | July 1, 2001 |

A Group Policy has been issued to the Policyowner. We certify that you will be insured as provided by the terms of the Group Policy. If your coverage is changed by an amendment to the Group Policy, we will provide the Policyowner with a revised Certificate or other notice to be given to you.

Possession of this Certificate does not necessarily mean you are insured. You are insured only if you meet the requirements set out in this Certificate.

"We", "us" and "our" mean Standard Insurance Company. "You" and "your" mean the Member. All other defined terms appear with the initial letter capitalized. Section headings, and references to them, appear in boldface type.

*Ronald E. Timpe*

President

GC190-LTD/S399

LISA Johnson   800-426-4332
Karen Ferguson

Printed on recycled paper.

EX A

NOTICE

If you have consulted a physician, received medical treatment or services, or taken prescribed drugs or medications for a mental or physical condition, you will not be covered for such condition until you have been continuously insured under the Group Policy for at least twelve months. This exclusion, however, only applies to such condition for which you consulted a physician, received medical treatment or services, or took prescribed drugs or medications during the 90 days before your LTD Insurance became effective.

# Table of Contents

COVERAGE FEATURES ............................................................................... 1
    GENERAL POLICY INFORMATION ................................................... 1
    SCHEDULE OF INSURANCE ............................................................. 1
    PREMIUM CONTRIBUTIONS ............................................................ 2
    ERISA SUMMARY PLAN DESCRIPTION INFORMATION ..................... 3
INSURING CLAUSE ................................................................................. 4
BECOMING INSURED .............................................................................. 4
WHEN YOUR INSURANCE BECOMES EFFECTIVE ...................................... 4
ACTIVE WORK PROVISIONS ..................................................................... 5
CONTINUITY OF COVERAGE ..................................................................... 5
WHEN YOUR INSURANCE ENDS ................................................................ 6
WAIVER OF PREMIUM ............................................................................. 6
REINSTATEMENT OF INSURANCE .............................................................. 6
DEFINITION OF DISABILITY ..................................................................... 7
RETURN TO WORK PROVISIONS ............................................................... 7
REASONABLE ACCOMMODATION EXPENSE BENEFIT ................................. 8
REHABILITATION PLAN PROVISION ........................................................... 9
TEMPORARY RECOVERY .......................................................................... 9
WHEN LTD BENEFITS END ....................................................................... 9
PREDISABILITY EARNINGS ...................................................................... 10
DEDUCTIBLE INCOME ............................................................................ 11
EXCEPTIONS TO DEDUCTIBLE INCOME .................................................... 12
RULES FOR DEDUCTIBLE INCOME ........................................................... 13
SUBROGATION ...................................................................................... 13
SURVIVORS BENEFIT .............................................................................. 14
BENEFITS AFTER INSURANCE ENDS OR IS CHANGED ............................... 14
EFFECT OF NEW DISABILITY ................................................................... 14
DISABILITIES EXCLUDED FROM COVERAGE .............................................. 15
DISABILITIES SUBJECT TO LIMITED PAY PERIODS .................................... 15
LIMITATIONS ........................................................................................ 16
CLAIMS ................................................................................................ 17
ALLOCATION OF AUTHORITY .................................................................. 18
TIME LIMITS ON LEGAL ACTIONS ............................................................ 19
INCONTESTABILITY PROVISIONS ............................................................. 19
CLERICAL ERROR, AGENCY, AND MISSTATEMENT .................................... 20
TERMINATION OR AMENDMENT OF THE GROUP POLICY ........................... 20
DEFINITIONS ........................................................................................ 20
ERISA INFORMATION AND NOTICE OF YOUR RIGHTS ............................... 21

## Index of Defined Terms

Active Work, Actively At Work, 5
Allowable Periods, 9

Benefit Waiting Period, 2, 20

Class Definition, 1
Contributory, 20
CPI-W, 21

Deductible Income, 11
Disabled, 7

Eligibility Waiting Period, 1
Employer(s), 1
Evidence Of Insurability, 5

Group Policy, 21
Group Policy Effective Date, 1
Group Policy Number, 1

Hospital, 16

Indexed Predisability Earnings, 21
Injury, 21

LTD Benefit, 21

Material Duties, 7
Maximum Benefit Period, 2, 21
Maximum LTD Benefit, 2
Member, 1, 4
Mental Disorder, 16

Minimum LTD Benefit, 2

Noncontributory, 21
Noncontributory (premium excluded), 2
Noncontributory (premium included), 2

Other Limited Conditions, 16
Own Occupation, 7
Own Occupation Period, 1

Physical Disease, 21
Physician, 21
Policyowner, 1
Predisability Earnings, 10
Preexisting Condition, 15
Pregnancy, 21
Prior Plan, 21
Proof Of Loss, 17

Reasonable Accommodation Expense
   Benefit, 8
Rehabilitation Plan, 9

Substance Abuse, 16
Survivors Benefit, 14

Temporary Recovery, 9

War, 15
Work Earnings, 8

# COVERAGE FEATURES

This section contains many of the features of your long term disability (LTD) insurance. Other provisions, including exclusions, limitations, and Deductible Income, appear in other sections. Please refer to the text of each section for full details. The Table of Contents and the Index of Defined Terms help locate sections and definitions.

## GENERAL POLICY INFORMATION

| | |
|---|---|
| Group Policy Number: | 124961-A |
| Policyowner: | SUSQUEHANNA INTERNATIONAL GROUP, LLP |
| Employer(s): | SUSQUEHANNA INTERNATIONAL GROUP, LLP |
| Group Policy Effective Date: | July 1, 2001 |
| Policy Issued in: | Pennsylvania |

Member means:

1. A regular partner or employee of the Employer;

2. Actively At Work at least 40 hours each week (for purposes of the Member definition, Actively At Work will include regularly scheduled days off, holidays, or vacation days, so long as the person is capable of Active Work on those days); and

3. A citizen or resident of the United States or Canada.

Member does not include a temporary or seasonal employee, a full-time member of the armed forces of any country, a leased employee, or an independent contractor.

Class Definition:

Class 1:    Managing Directors, Directors and Associate Directors

Class 2:    All other Members

## SCHEDULE OF INSURANCE

Eligibility Waiting Period:    You are eligible on one of the following dates:

If you are a Member on the Group Policy Effective Date, you are eligible on that date.

If you become a Member after the Group Policy Effective Date, you are eligible on the date you become a Member.

Eligibility Waiting Period means the period you must be a Member before you become eligible for insurance.

Own Occupation Period:    From the end of the Benefit Waiting Period to the end of the Maximum Benefit Period.

LTD Benefit:    Class 1:   60% of the first $25,000 of your Predisability Earnings, reduced by Deductible Income.

|  | Class 2: 60% of the first $16,667 of your Predisability Earnings, reduced by Deductible Income. |
|---|---|
| Maximum LTD Benefit: | Class 1: $15,000 before reduction by Deductible Income. |
|  | Class 2: $10,000 before reduction by Deductible Income. |
| Minimum LTD Benefit: | $100 |
| Benefit Waiting Period: | 180 days |
| Maximum Benefit Period: | Determined by your age when Disability begins, as follows: |

| Age | Maximum Benefit Period |
|---|---|
| 61 or younger | To age 65, or 3 years 6 months, if longer. |
| 62 | 3 years 6 months |
| 63 | 3 years |
| 64 | 2 years 6 months |
| 65 | 2 years |
| 66 | 1 year 9 months |
| 67 | 1 year 6 months |
| 68 | 1 year 3 months |
| 69 or older | 1 year |

## PREMIUM CONTRIBUTIONS

| Insurance is: | Partners: Noncontributory (premium included)* |
|---|---|
|  | All other Members: Noncontributory (premium excluded)** |

*Noncontributory (premium included) means that the cost of insurance is included in the Member's gross earnings.

**Noncontributory (premium excluded) means that the cost of insurance is not included in the Member's gross earnings.

## ERISA SUMMARY PLAN DESCRIPTION INFORMATION

Name of Plan:                                          Long Term Disability Insurance

Name, Address of Plan Sponsor:              SUSQUEHANNA INTERNATIONAL GROUP, LLP
                                                               401 City Line Ave Ste 220
                                                               Bala Cynwyd PA  19004-1188


Plan Sponsor Tax ID Number:                     23-2454154

Plan Number:                                             502

Type of Plan:                                            Group Insurance Plan

Type of Administration:                              Contract Administration

Name, Address, Phone
Number of  Plan Administrator:                    Plan Sponsor
                                                               (610) 617-2600

Name, Address of Registered Agent
for Service of Legal Process:                       Susquehanna International Group, LLP
                                                               Human Resources Department
                                                               (610) 617-2600
                                                               401 City Line Ave Ste 220
                                                               Bala Cynwyd PA  19004-1188


If Legal Process Involves Claims
For Benefits Under The Group
Policy, Additional Notification of
Legal Process Must Be Sent To:                    Standard Insurance Company
                                                               1100 SW 6th Ave
                                                               Portland OR 97204-1093

Sources of Contributions:                           Employer/Member

Funding Medium:                                        Standard Insurance Company - Fully Insured

Plan Year:                                                The 12 month period from July 1 to June 30

## INSURING CLAUSE

If you become Disabled while insured under the Group Policy, we will pay LTD Benefits according to the terms of the Group Policy after we receive Proof Of Loss satisfactory to us.

LT.IC.OT.1

## BECOMING INSURED

To become insured you must be a Member, complete your Eligibility Waiting Period, and meet the requirements in **Active Work Provisions** and **When Your Insurance Becomes Effective.**

You are a Member if you are:

1. A regular partner or employee of the Employer;

2. Actively At Work at least 40 hours each week (for purposes of the Member definition, Actively At Work will include regularly scheduled days off, holidays, or vacation days, so long as you are capable of Active Work on those days); and

3. A citizen or resident of the United States or Canada.

You are not a Member if you are a temporary or seasonal employee, a full-time member of the armed forces of any country, a leased employee, or an independent contractor.

Eligibility Waiting Period means the period you must be a Member before you become eligible for insurance. Your Eligibility Waiting Period is shown in the **Coverage Features.**

(VAR MBR DEF)   LT.BI.OT.1

## WHEN YOUR INSURANCE BECOMES EFFECTIVE

A. When Insurance Becomes Effective

Subject to the **Active Work Provisions**, your insurance becomes effective as follows:

1. Insurance Subject To Evidence Of Insurability

Insurance subject to Evidence Of Insurability becomes effective on the date we approve your Evidence Of Insurability.

2. Insurance Not Subject To Evidence of Insurability

Noncontributory Insurance

Noncontributory insurance not subject to Evidence Of Insurability becomes effective on the date you become eligible.

B. Takeover Provisions

1. If you were insured under the Prior Plan on the day before the effective date of your Employer's coverage under the Group Policy, your Eligibility Waiting Period is waived on the effective date of your Employer's coverage under the Group Policy.

2. You must submit satisfactory Evidence Of Insurability to become insured if you were eligible for insurance under the Prior Plan for more than 31 days but were not insured.

C. Evidence Of Insurability Requirement

Evidence Of Insurability satisfactory to us is required:

a. For Members eligible but not insured under the Prior Plan.

b. For reinstatements if required.

Providing Evidence Of Insurability means you must:

1. Complete and sign our medical history statement;

2. Sign our form authorizing us to obtain information about your health;

3. Undergo a physical examination, if required by us, which may include blood testing; and

4. Provide any additional information about your insurability that we may reasonably require.

(VAR EOI)   LT.EF.OT.1X

## ACTIVE WORK PROVISIONS

A. Active Work Requirement

You must be capable of Active Work on the day before the scheduled effective date of your insurance or your insurance will not become effective as scheduled. If you are incapable of Active Work because of Physical Disease, Injury, Pregnancy or Mental Disorder on the day before the scheduled effective date of your insurance, your insurance will not become effective until the day after you complete one full day of Active Work as an eligible Member.

Active Work and Actively At Work mean performing with reasonable continuity the Material Duties of your Own Occupation at your Employer's usual place of business.

B. Changes In Insurance

This Active Work requirement also applies to any increase in your insurance.

LT.AW.OT.1

## CONTINUITY OF COVERAGE

If your Disability is subject to the Preexisting Condition Exclusion, LTD Benefits will be payable if:

1. You were insured under the Prior Plan on the day before the effective date of your Employer's coverage under the Group Policy;

2. You became insured under the Group Policy when your insurance under the Prior Plan ceased;

3. You were continuously insured under the Group Policy from the effective date of your insurance under the Group Policy through the date you became Disabled from the Preexisting Condition; and

4. Benefits would have been payable under the terms of the Prior Plan if it had remained in force, taking into account the preexisting condition exclusion, if any, of the Prior Plan.

For such a Disability, the amount of your LTD Benefit will be the lesser of:

a. The monthly benefit that would have been payable under the terms of the Prior Plan if it had remained in force; or

b. The LTD Benefit payable under the terms of the Group Policy, but without application of the Preexisting Condition Exclusion.

Your LTD Benefits for such a Disability will end on the earlier of the following dates:

a. The date benefits would have ended under the terms of the Prior Plan if it had remained in force; or

b. The date LTD Benefits end under the terms of the Group Policy.

(PX)   LT.CC.OT.1

## WHEN YOUR INSURANCE ENDS

Your insurance ends automatically on the earliest of:

1. The date the last period ends for which a premium contribution was made for your insurance.

2. The date the Group Policy terminates.

3. The date your employment terminates.

4. The date you cease to be a Member. However, your insurance will be continued during the following periods when you are absent from Active Work, unless it ends under any of the above.

   a. During the first 90 days of a temporary or indefinite administrative or involuntary leave of absence or sick leave, provided your Employer is paying you at least the same Predisability Earnings paid to you immediately before you ceased to be a Member. A period when you are absent from Active Work as part of a severance or other employment termination agreement is not a leave of absence, even if you are receiving the same Predisability Earnings.

   b. During a leave of absence if continuation of your insurance under the Group Policy is required by a state-mandated family or medical leave act or law.

   c. During any other temporary leave of absence approved by your Employer in advance and in writing and scheduled to last 30 days or less. A period of Disability is not a leave of absence.

LT.EN.OT.1

## WAIVER OF PREMIUM

We will waive payment of premium for your insurance while LTD Benefits are payable.

LT.WP.OT.1

## REINSTATEMENT OF INSURANCE

If your insurance ends, you may become insured again as a new Member. However, the following will apply:

1. If you cease to be a Member because of a covered Disability, your insurance will end; however, if you become a Member again immediately after LTD Benefits end, the Eligibility Waiting Period will be waived and, with respect to the condition(s) for which LTD Benefits were payable, the Preexisting Condition Exclusion will be applied as if your insurance had remained in effect during that period of Disability.

2. If your insurance ends because you cease to be a Member for any reason other than a covered Disability, and if you become a Member again within 90 days, the Eligibility Waiting Period will be waived.

3. If your insurance ends because you fail to make a required premium contribution, you must provide Evidence Of Insurability to become insured again.

4. If your insurance ends because you are on a federal or state-mandated family or medical leave of absence, and you become a Member again immediately following the period allowed, your insurance will be reinstated pursuant to the federal or state-mandated family or medical leave act or law.

5. The Preexisting Conditions Exclusion will be applied as if insurance had remained in effect in the following instances:

   a. If you become insured again within 90 days.

b. If required by federal or state-mandated family or medical leave act or law and you become insured again immediately following the period allowed under the family or medical leave act or law.

6. In no event will insurance be retroactive.

LT.RE.OT.1

## DEFINITION OF DISABILITY

During the Benefit Waiting Period and the Own Occupation Period you are required to be Disabled only from your Own Occupation.

You are Disabled from your Own Occupation if, as a result of Physical Disease, Injury, Pregnancy or Mental Disorder:

1. You are unable to perform with reasonable continuity the Material Duties of your Own Occupation; and

2. You suffer a loss of at least 20% in your Indexed Predisability Earnings when working in your Own Occupation.

Note: You are not Disabled merely because your right to perform your Own Occupation is restricted, including a restriction or loss of license.

During the Own Occupation Period you may work in another occupation while you meet the Own Occupation Definition Of Disability. However, you will no longer be Disabled when your Work Earnings from another occupation meet or exceed 80% of your Indexed Predisability Earnings. Your Work Earnings may be Deductible Income. See **Return To Work Provisions** and **Deductible Income.**

Own Occupation means any employment, business, trade, profession, calling or vocation that involves Material Duties of the same general character as the occupation you are regularly performing for your Employer when Disability begins. In determining your Own Occupation, we are not limited to looking at the way you perform your job for your Employer, but we may also look at the way the occupation is generally performed in the national economy. If your Own Occupation involves the rendering of professional services and you are required to have a professional or occupational license in order to work, your Own Occupation is as broad as the scope of your license.

Material Duties means the essential tasks, functions and operations, and the skills, abilities, knowledge, training and experience, generally required by employers from those engaged in a particular occupation that cannot be reasonably modified or omitted. In no event will we consider working an average of more than 40 hours per week to be a Material Duty.

Your Own Occupation Period is shown in the **Coverage Features.**

(OWN_WITH 40)   LT.DD.OT.1

## RETURN TO WORK PROVISIONS

A. Return To Work Responsibility

During the Own Occupation Period no LTD Benefits will be paid for any period when you are able to work in your Own Occupation and able to earn at least 20% of your Indexed Predisability Earnings, but you elect not to work.

B. Return To Work Incentive

You may serve your Benefit Waiting Period while working if you meet the Own Occupation Definition Of Disability.

You are eligible for the Return To Work Incentive on the first day you work after the Benefit Waiting Period if LTD Benefits are payable on that date. The Return To Work Incentive changes 12 months after that date, as follows:

1. During the first 12 months, your Work Earnings will be Deductible Income as determined in a., b. and c:

    a. Determine the amount of your LTD Benefit as if there were no Deductible Income, and add your Work Earnings to that amount.

    b. Determine 100% of your Indexed Predisability Earnings.

    c. If a. is greater than b., the difference will be Deductible Income.

2. After those first 12 months, 50% of your Work Earnings will be Deductible Income.

C. Work Earnings Definition

Work Earnings means your gross monthly earnings from work you perform while Disabled, plus the earnings you could receive if you worked as much as you are able to, considering your Disability, in work that is reasonably available in your Own Occupation during the Own Occupation Period.

Work Earnings includes earnings from your Employer, any other employer, or self-employment, and any sick pay, vacation pay, annual or personal leave pay or other salary continuation earned or accrued while working.

Earnings from work you perform will be included in Work Earnings when you have the right to receive them. If you are paid in a lump sum or on a basis other than monthly, we will prorate your Work Earnings over the period of time to which they apply. If no period of time is stated, we will use a reasonable one.

In determining your Work Earnings we:

1. Will use the financial accounting method you use for income tax purposes, if you use that method on a consistent basis.

2. Will not be limited to the taxable income you report to the Internal Revenue Service.

3. May ignore expenses under section 179 of the IRC as a deduction from your gross earnings.

4. May ignore depreciation as a deduction from your gross earnings.

5. May adjust the financial information you give us in order to clearly reflect your Work Earnings.

If we determine that your earnings vary substantially from month to month, we may determine your Work Earnings by averaging your earnings over the most recent three-month period. During the Own Occupation Period you will no longer be Disabled when your average Work Earnings over the last three months exceed 80% of your Indexed Predisability Earnings.

LT.RW.OT.1

## REASONABLE ACCOMMODATION EXPENSE BENEFIT

If you return to work in any occupation for any employer, not including self-employment, as a result of a reasonable accommodation made by such employer, we will pay that employer a Reasonable Accommodation Expense Benefit of up to $25,000, but not to exceed the expenses incurred.

The Reasonable Accommodation Expense Benefit is payable only if the reasonable accommodation is approved by us in writing prior to its implementation.

LT.RA.OT.1

## REHABILITATION PLAN PROVISION

While you are Disabled you may qualify to participate in a Rehabilitation Plan. Rehabilitation Plan means a written plan, program or course of vocational training or education that is intended to prepare you to return to work.

To participate in a Rehabilitation Plan you must apply on our forms or in a letter to us. The terms, conditions and objectives of the plan must be accepted by you and approved by us in advance. We have the sole discretion to approve your Rehabilitation Plan.

An approved Rehabilitation Plan may include our payment of some or all of the expenses you incur in connection with the plan, including:

a. Training and education expenses.

b. Family care expenses.

c. Job-related expenses.

d. Job search expenses.

LT.RH.OT.1

## TEMPORARY RECOVERY

You may temporarily recover from your Disability and then become Disabled again from the same cause or causes without having to serve a new Benefit Waiting Period. Temporary Recovery means you cease to be Disabled for no longer than the applicable Allowable Period. See **Definition Of Disability**.

A. Allowable Periods

1. During the Benefit Waiting Period: a total of 30 days of recovery.

2. During the Maximum Benefit Period: 180 days for each period of recovery.

B. Effect Of Temporary Recovery

If your Temporary Recovery does not exceed the Allowable Periods, the following will apply.

1. The Predisability Earnings used to determine your LTD Benefit will not change.

2. The period of Temporary Recovery will not count toward your Benefit Waiting Period, your Maximum Benefit Period or your Own Occupation Period.

3. No LTD Benefits will be payable for the period of Temporary Recovery.

4. No LTD Benefits will be payable after benefits become payable to you under any other disability insurance plan under which you become insured during your period of Temporary Recovery.

5. Except as stated above, the provisions of the Group Policy will be applied as if there had been no interruption of your Disability.

LT.TR.OT.1

## WHEN LTD BENEFITS END

Your LTD Benefits end automatically on the earliest of:

1. The date you are no longer Disabled.

2. The date your Maximum Benefit Period ends.

3. The date you die.

4.  The date benefits become payable under any other LTD plan under which you become insured through employment during a period of Temporary Recovery.

5.  The date you fail to provide proof of continued Disability and entitlement to LTD Benefits.

LT.BE.OT.1

## PREDISABILITY EARNINGS

Your Predisability Earnings will be based on your earnings in effect on your last full day of Active Work. Any subsequent change in your earnings after that last full day of Active Work will not affect your Predisability Earnings.

A. Partners, P.C. Partners, Owner-Employees, Sole Proprietors and S-Corporation Shareholders

If you are a Partner, Owner-Employee, Sole Proprietor or S-Corporation Shareholder, Predisability Earnings means your average monthly compensation from your Employer during the Employer's prior tax year. If you are a P.C. Partner, Predisability Earnings means the average monthly compensation received by your professional corporation from the Policyowner during the Policyowner's prior tax year. Your average monthly compensation is determined by adding the following amounts as reported on the applicable Schedule K-1, Schedule C, Form W-2 or S-Corporation federal income tax return, and dividing by 12 (or by the number of months you were a Partner, P.C. Partner, Owner-Employee, Sole Proprietor or S-Corporation Shareholder if less than 12):

1.  Your ordinary income from trade or business activity(ies).

2.  Your guaranteed payments, if you are a Partner.

3.  Your net profit from business.

4.  Your compensation (as an officer), salary, or wages, if you are an S-Corporation Shareholder.

If you were not a Partner, P.C. Partner, Owner-Employee, Sole Proprietor or S-Corporation Shareholder during the entire prior tax year, your Predisability Earnings will be your average monthly compensation for your period as a Partner, P.C. Partner, Owner-Employee, Sole Proprietor or S-Corporation Shareholder.

B. All Other Members

Predisability Earnings means your monthly rate of earnings from your Employer, including:

1.  Commissions averaged over the preceding 12 months or over the period of your employment if less than 12 months.

2.  Bonuses averaged over the preceding 36 months or over the period of your employment if less than 36 months.

3.  Shift differential pay.

Predisability Earnings does not include:

1.  Overtime pay.

2.  Any other extra compensation.

If you are paid on an annual contract basis, your monthly rate of earnings is one-twelfth (1/12th) of your annual contract salary.

If you are paid hourly, your monthly rate of earnings is based on your hourly pay rate multiplied by the number of hours you are regularly scheduled to work per month, but not more than 173 hours. If you do not have regular work hours, your monthly rate of earnings is based on the

average number of hours you worked per month during the preceding 12 calendar months (or during your period of employment if less than 12 months), but not more than 173 hours.

C. All Members

Predisability Earnings includes:

1. Contributions you make through a salary reduction agreement with your Employer to:

   a. An Internal Revenue Code (IRC) Section 401(k), 403(b), 408(k), 408(p), or 457 deferred compensation arrangement; or

   b. An executive nonqualified deferred compensation arrangement.

2. Amounts contributed to your fringe benefits according to a salary reduction agreement under an IRC Section 125 plan.

Predisability Earnings does not include your Employer's contributions on your behalf to any deferred compensation arrangement or pension plan.

(K1_REG WITH COM_BON)    LT.PD.OT.1

## DEDUCTIBLE INCOME

Subject to **Exceptions To Deductible Income**, Deductible Income means:

1. Sick pay, annual or personal leave pay, severance pay, or other salary continuation, including donated amounts, (but not vacation pay) paid to you by your Employer, if it exceeds the amount found in a., b., and c.

   a. Determine the amount of your LTD Benefit as if there were no Deductible Income, and add your sick pay or other salary continuation to that amount.

   b. Determine 100% of your Indexed Predisability Earnings.

   c. If a. is greater than b., the difference will be Deductible Income.

2. Your Work Earnings, as described in the **Return To Work Provisions**.

3. Any amount you receive or are eligible to receive because of your disability, including amounts for partial or total disability, whether permanent, temporary, or vocational, under any of the following:

   a. A workers' compensation law;

   b. The Jones Act;

   c. Maritime Doctrine of Maintenance, Wages, or Cure;

   d. Longshoremen's and Harbor Worker's Act; or

   e. Any similar act or law.

4. Any amount you, your spouse, or your child under age 18 receive or are eligible to receive because of your disability or retirement under:

   a. The Federal Social Security Act;

   b. The Canada Pension Plan;

   c. The Quebec Pension Plan;

   d. The Railroad Retirement Act; or

   e. Any similar plan or act.

Full offset: Both the primary benefit (the benefit awarded to you) and dependents benefit are Deductible Income.

Benefits your spouse or a child receives or are eligible to receive because of your disability are Deductible Income regardless of marital status, custody, or place of residence. The term "child" has the meaning given in the applicable plan or act.

5. Any amount you receive or are eligible to receive because of your disability under any state disability income benefit law or similar law.

6. Any amount you receive or are eligible to receive because of your disability under another group insurance coverage.

7. Any disability or retirement benefits you receive under your Employer's retirement plan.

8. Any earnings or compensation included in Predisability Earnings which you receive or are eligible to receive while LTD Benefits are payable.

9. Any amount you receive or are eligible to receive under any unemployment compensation law or similar act or law.

10. Any amount you receive or are eligible to receive from or on behalf of a third party because of your disability, whether by judgement, settlement or other method. If you notify us before filing suit or settling your claim against such third party, the amount used as Deductible Income will be reduced by a pro rata share of your costs of recovery, including reasonable attorney fees.

11. The amount of any disability benefits you receive under the Pennsylvania Motor Vehicle Financial Responsibility Act which, when added to the amount of your LTD Benefit before reduction by Deductible Income, exceeds 100% of your Indexed Predisability Earnings.

12. Any amount you receive by compromise, settlement, or other method as a result of a claim for any of the above, whether disputed or undisputed.

(NO OTHR OFFST_PRIV_WITH 3RD)    LT.DI.PA.1

## EXCEPTIONS TO DEDUCTIBLE INCOME

Deductible Income does not include:

1. Any cost of living increase in any Deductible Income other than Work Earnings, if the increase becomes effective while you are Disabled and while you are eligible for the Deductible Income.

2. Reimbursement for hospital, medical, or surgical expense.

3. Reasonable attorneys fees incurred in connection with a claim for Deductible Income.

4. Benefits from any individual disability insurance policy.

5. Early retirement benefits under the Federal Social Security Act which are not actually received.

6. Group credit or mortgage disability insurance benefits.

7. Accelerated death benefits paid under a life insurance policy.

8. Benefits from the following:

    a. Profit sharing plan.

    b. Thrift or savings plan.

    c. Deferred compensation plan.

    d. Plan under IRC Section 401(k), 408(k), 408(p), or 457.

    e.  Individual Retirement Account (IRA).

    f.  Tax Sheltered Annuity (TSA) under IRC Section 403(b).

    g.  Stock ownership plan.

    h.  Keogh (HR-10) plan.

9.  The following amounts under your Employer's retirement plan:

    a.  A lump sum distribution of your entire interest in the plan.

    b.  Any amount which is attributable to your contributions to the plan.

    c.  Any amount you could have received upon termination of employment without being disabled or retired.

[PRIV_NO OTHR OFFST]   LT.ED.OT.1

## RULES FOR DEDUCTIBLE INCOME

A.  Monthly Equivalents

Each month we will determine your LTD Benefit using the Deductible Income for the same monthly period, even if you actually receive the Deductible Income in another month.

If you are paid Deductible Income in a lump sum or by a method other than monthly, we will determine your LTD Benefit using a prorated amount. We will use the period of time to which the Deductible Income applies. If no period of time is stated, we will use a reasonable one.

B.  Your Duty To Pursue Deductible Income

You must pursue Deductible Income for which you may be eligible. We may ask for written documentation of your pursuit of Deductible Income. You must provide it within 60 days after we mail you our request. Otherwise, we may reduce your LTD Benefits by the amount we estimate you would be eligible to receive upon proper pursuit of the Deductible Income.

C.  Pending Deductible Income

We will not deduct pending Deductible Income until it becomes payable. You must notify us of the amount of the Deductible Income when it is approved. You must repay us for the resulting overpayment of your claim.

D.  Overpayment Of Claim

We will notify you of the amount of any overpayment of your claim under any group disability insurance policy issued by us. You must immediately repay us. You will not receive any LTD Benefits until we have been repaid in full. In the meantime, any LTD Benefits paid, including the Minimum LTD Benefit, will be applied to reduce the amount of the overpayment. We may charge you interest at the legal rate for any overpayment which is not repaid within 60 days after we first mail you notice of the amount of the overpayment.

LT.RU.PA.1

## SUBROGATION

If LTD Benefits are paid or payable to you under the Group Policy as the result of any act or omission of a third party, we will be subrogated to all rights of recovery you may have in respect to such act or omission. You must execute and deliver to us such instruments and papers as may be required and do whatever else is needed to secure such rights. You must avoid doing anything that would prejudice our rights of subrogation.

If you notify us before filing suit or settling your claim against such third party, the amount to which we are subrogated will be reduced by a pro rata share of your costs of recovery, including reasonable attorney fees. If suit or action is filed, we may record a notice of payments of LTD Benefits, and such notice shall constitute a lien on any judgement recovered.

If you or your legal representative fail to bring suit or action promptly against such third party, we may institute such suit or action in our name or in your name. We are entitled to retain from any judgement recovered the amount of LTD Benefits paid or to be paid to you or on your behalf, together with our costs of recovery, including attorney fees. The remainder of such recovery, if any, shall be paid to you or as the court may direct.

LT.SG.OT.1

## SURVIVORS BENEFIT

If you die while LTD Benefits are payable, and on the date you die you have been continuously Disabled for at least 180 days, we will pay a Survivors Benefit according to 1 through 4 below.

1. The Survivors Benefit is a lump sum equal to 3 times your LTD Benefit without reduction by Deductible Income.

2. The Survivors Benefit will first be applied to reduce any overpayment of your claim.

3. The Survivors Benefit will be paid at our option to any one or more of the following:

   a. Your surviving spouse;

   b. Your surviving unmarried children, including adopted children, under age 25;

   c. Your surviving spouse's unmarried children, including adopted children, under age 25; or

   d. Any person providing the care and support of any person listed in a., b., or c. above.

4. No Survivors Benefit will be paid if you are not survived by any person listed in a., b., or c. above.

(MULTPL) LT.SB.OT.1

## BENEFITS AFTER INSURANCE ENDS OR IS CHANGED

During each period of continuous Disability, we will pay LTD Benefits according to the terms of the Group Policy in effect on the date you become Disabled. Your right to receive LTD Benefits will not be affected by:

1. Any amendment to the Group Policy that is effective after you become Disabled.

2. Termination of the Group Policy after you become Disabled.

LT.BA.OT.1

## EFFECT OF NEW DISABILITY

If a period of Disability is extended by a new cause while LTD Benefits are payable, LTD Benefits will continue while you remain Disabled. However, 1 and 2 apply.

1. LTD Benefits will not continue beyond the end of the original Maximum Benefit Period.

2. The **Disabilities Excluded From Coverage, Disabilities Subject To Limited Pay Periods**, and **Limitations** sections will apply to the new cause of Disability.

LT.ND.OT.1

# DISABILITIES EXCLUDED FROM COVERAGE

A. War

You are not covered for a Disability caused or contributed to by War or any act of War. War means declared or undeclared war, whether civil or international, and any substantial armed conflict between organized forces of a military nature.

B. Intentionally Self-Inflicted Injury

You are not covered for a Disability caused or contributed to by an intentionally self-inflicted Injury, while sane or insane.

C. Preexisting Condition

1. Definition

Preexisting Condition means a mental or physical condition whether or not diagnosed or misdiagnosed:

a. For which you have done any of the following:

i. Consulted a physician or other licensed medical professional;

ii. Received medical treatment, services or advice;

iii. Undergone diagnostic procedures, including self-administered procedures;

iv. Taken prescribed drugs or medications;

b. Which, as a result of any medical examination, including routine examination, was discovered;

at any time during the 90-day period just before the date your insurance becomes effective.

2. Exclusion

You are not covered for a Disability caused or contributed to by a Preexisting Condition or medical or surgical treatment of a Preexisting Condition unless, on the date you become Disabled, you have been continuously insured under the Group Policy for 12 months.

D. Loss Of License Or Certification

You are not covered for a Disability caused or contributed to by the loss of your professional license, occupational license or certification.

E. Violent Or Criminal Conduct

You are not covered for a Disability caused or contributed to by your committing or attempting to commit an assault or felony, or actively participating in a violent disorder or riot. Actively participating does not include being at the scene of a violent disorder or riot while performing your official duties.

(NO PRUDNT_NO AW)     LT.XD.PA.1

# DISABILITIES SUBJECT TO LIMITED PAY PERIODS

A. Mental Disorders, Substance Abuse and Other Limited Conditions

Payment of LTD Benefits is limited to 24 months during your entire lifetime for a Disability caused or contributed to by any one or more of the following, or medical or surgical treatment of one or more of the following:

1. Mental Disorders;

2.  Substance Abuse; or

3.  Other Limited Conditions.

However, if you are confined in a Hospital solely because of a Mental Disorder at the end of the 24 months, this limitation will not apply while you are continuously confined.

Mental Disorder means any mental, emotional, behavioral, psychological, personality, cognitive, mood or stress-related abnormality, disorder, disturbance, dysfunction or syndrome, regardless of cause (including any biological or biochemical disorder or imbalance of the brain) or the presence of physical symptoms. Mental Disorder includes, but is not limited to, bipolar affective disorder, organic brain syndrome, schizophrenia, psychotic illness, manic depressive illness, depression and depressive disorders, anxiety and anxiety disorders.

Substance Abuse means use of alcohol, alcoholism, use of any drug, including hallucinogens, or drug addiction.

Other Limited Conditions means chronic fatigue conditions (such as chronic fatigue syndrome, chronic fatigue immunodeficiency syndrome, post viral syndrome, limbic encephalopathy, Epstein-Barr virus infection, herpesvirus type 6 infection, or myalgic encephalomyelitis), any allergy or sensitivity to chemicals or the environment (such as environmental allergies, sick building syndrome, multiple chemical sensitivity syndrome or chronic toxic encephalopathy), chronic pain conditions (such as fibromyalgia, reflex sympathetic dystrophy or myofascial pain), carpal tunnel or repetitive motion syndrome, temporomandibular joint disorder, craniomandibular joint disorder, arthritis, diseases or disorders of the cervical thoracic, or lumbosacral back and its surrounding soft tissue, and sprains or strains of joints or muscles.

However, Other Limited Conditions does not include neoplastic diseases, neurologic diseases, endocrine diseases, hematologic diseases, asthma, allergy-induced reactive lung disease, tumors, malignancies, or vascular malformations, demyelinating diseases, lupus, rheumatoid or psoriatic arthritis, herniated discs with neurological abnormalities that are documented by electromyogram and computerized tomography or magnetic resonance imaging, scoliosis, radiculopathies that are documented by electromyogram, spondylolisthesis, grade II or higher, myelopathies and myelitis, traumatic spinal cord necrosis, osteoporosis, discitis, Paget's disease.

Hospital means a legally operated hospital providing full-time medical care and treatment under the direction of a full-time staff of licensed physicians. Rest homes, nursing homes, convalescent homes, homes for the aged, and facilities primarily affording custodial, educational, or rehabilitative care are not Hospitals.

B.  Rules For Disabilities Subject To Limited Pay Periods

1.  If you are Disabled as a result of a Mental Disorder or any Physical Disease or Injury for which payment of LTD Benefits is subject to a limited pay period, and at the same time are Disabled as a result of a Physical Disease, Injury, or Pregnancy that is not subject to such limitation, LTD Benefits will be payable first for conditions that are subject to the limitation.

2.  No LTD Benefits will be payable after the end of the limited pay period, unless on that date you continue to be Disabled as a result of a Physical Disease, Injury, or Pregnancy for which payment of LTD Benefits is not limited.

(WITH MUSC)   LT.LP.OT.1

# LIMITATIONS

A.  Care Of A Physician

You must be under the ongoing care of a Physician in the appropriate specialty as determined by us during the Benefit Waiting Period. No LTD Benefits will be paid for any period of Disability

when you are not under the ongoing care of a Physician in the appropriate specialty as determined by us.

B. Return To Work Responsibility

During the Own Occupation Period no LTD Benefits will be paid for any period of Disability when you are able to work in your Own Occupation and able to earn at least 20% of your Indexed Predisability Earnings, but you elect not to work.

C. Rehabilitation Program

No LTD Benefits will be paid for any period of Disability when you are not participating in good faith in a plan, program or course of medical treatment or vocational training or education approved by us unless your Disability prevents you from participating.

D. Foreign Residency

Payment of LTD Benefits is limited to 12 months for each period of continuous Disability while you reside outside of the United States or Canada.

E. Imprisonment

No LTD Benefits will be paid for any period of Disability when you are confined for any reason in a penal or correctional institution.

LT.LM.OT.1

# CLAIMS

A. Filing A Claim

Claims should be filed on our forms. If we do not provide our forms within 15 days after they are requested, you may submit your claim in a letter to us. The letter should include the date disability began, and the cause and nature of the disability.

B. Time Limits On Filing Proof Of Loss

You must give us Proof Of Loss within 90 days after the end of the Benefit Waiting Period. If you cannot do so, you must give it to us as soon as reasonably possible, but not later than one year after that 90-day period. If Proof Of Loss is filed outside these time limits, your claim will be denied. These limits will not apply while you lack legal capacity.

C. Proof Of Loss

Proof Of Loss means written proof that you are Disabled and entitled to LTD Benefits. Proof Of Loss must be provided at your expense.

For claims of Disability due to conditions other than Mental Disorders, we may require proof of physical impairment that results from anatomical or physiological abnormalities which are demonstrable by medically acceptable clinical and laboratory diagnostic techniques.

D. Documentation

Completed claims statements, a signed authorization for us to obtain information, and any other items we may reasonably require in support of a claim must be submitted at your expense. If the required documentation is not provided within 60 days after we mail our request, your claim may be denied.

E. Investigation Of Claim

We may investigate your claim at any time.

At our expense, we may have you examined at reasonable intervals by specialists of our choice. We may deny or suspend LTD Benefits if you fail to attend an examination or cooperate with the examiner.

F. Time Of Payment

We will pay LTD Benefits within 60 days after you satisfy Proof Of Loss.

LTD Benefits will be paid to you at the end of each month you qualify for them. LTD Benefits remaining unpaid at your death will be paid to the person(s) receiving the Survivors Benefit. If no Survivors Benefit is paid, the unpaid LTD Benefits will be paid to your estate.

G. Notice Of Decision On Claim

You will receive a written decision on your claim within a reasonable time after we receive your claim.

If you do not receive our decision within 90 days after we receive your claim, you will have an immediate right to request a review as if your claim had been denied.

If we deny any part of your claim, you will receive a written notice of denial containing:

1. The reasons for our decision;

2. Reference to the parts of the Group Policy on which our decision is based;

3. A description of any additional information needed to support your claim; and

4. Information concerning your right to a review of our decision.

H. Review Procedure

If all or part of your claim is denied, you may request a review. You must request a review in writing within 60 days after receiving notice of the denial.

You may send us written comments or other items to support your claim, and may review any non-privileged information that relates to your request for review.

We will review your claim promptly after we receive your request. We will send you a notice of our decision within 60 days after we receive your request, or within 120 days if special circumstances require an extension. We will state the reasons for our decision and refer you to the relevant parts of the Group Policy.

I. Assignment

The rights and benefits under the Group Policy are not assignable.

LT.CL.OT.1

## ALLOCATION OF AUTHORITY

Except for those functions which the Group Policy specifically reserves to the Policyowner or Employer, we have full and exclusive authority to control and manage the Group Policy, to administer claims, and to interpret the Group Policy and resolve all questions arising in the administration, interpretation, and application of the Group Policy.

Our authority includes, but is not limited to:

1. The right to resolve all matters when a review has been requested;

2. The right to establish and enforce rules and procedures for the administration of the Group Policy and any claim under it;

3. The right to determine:

a.  Eligibility for insurance;

b.  Entitlement to benefits;

c.  The amount of benefits payable; and

d.  The sufficiency and the amount of information we may reasonably require to determine a., b., or c., above.

Subject to the review procedures of the Group Policy, any decision we make in the exercise of our authority is conclusive and binding.

LT.AL.OT.1

## TIME LIMITS ON LEGAL ACTIONS

No action at law or in equity may be brought until 60 days after you have given us Proof Of Loss. No such action may be brought more than three years after the earlier of:

1.  The date we receive Proof Of Loss; and

2.  The time within which Proof Of Loss is required to be given.

LT.TL.OT.1

## INCONTESTABILITY PROVISIONS

A.  Incontestability Of Insurance

Any statement made to obtain insurance or to increase insurance is a representation and not a warranty.

No misrepresentation will be used to reduce or deny a claim or contest the validity of insurance unless:

1.  The insurance would not have been approved if we had known the truth; and

2.  We have given you or any other person claiming benefits a copy of the signed written instrument which contains the misrepresentation.

After insurance has been in effect for two years during the lifetime of the insured, we will not use a misrepresentation to reduce or deny the claim, unless it was a fraudulent misrepresentation.

B.  Incontestability Of The Group Policy

Any statement made by the Policyowner or Employer to obtain the Group Policy is a representation and not a warranty.

No misrepresentation by the Policyowner or your Employer will be used to deny a claim or to deny the validity of the Group Policy unless:

1.  The Group Policy would not have been issued if we had known the truth; and

2.  We have given the Policyowner or Employer a copy of a written instrument signed by the Policyowner or Employer which contains the misrepresentation.

The validity of the Group Policy will not be contested after it has been in force for two years, except for nonpayment of premiums or fraudulent misrepresentations.

LT.IN.OT.1

## CLERICAL ERROR, AGENCY, AND MISSTATEMENT

A.  Clerical Error

Clerical error by the Policyowner, your Employer, or their respective employees or representatives will not:

1.  Cause a person to become insured.

2.  Invalidate insurance under the Group Policy otherwise validly in force.

3.  Continue insurance under the Group Policy otherwise validly terminated.

B.  Agency

The Policyowner and your Employer act on their own behalf as your agent, and not as our agent. The Policyowner and your Employer have no authority to alter, expand or extend our liability or to waive, modify or compromise any defense or right we may have under the Group Policy.

C.  Misstatement Of Age

If a person's age has been misstated, we will make an equitable adjustment of premiums, benefits, or both. The adjustment will be based on:

1.  The amount of insurance based on the correct age; and

2.  The difference between the premiums paid and the premiums which would have been paid if the age had been correctly stated.

LT.CE.OT.1

## TERMINATION OR AMENDMENT OF THE GROUP POLICY

The Group Policy may be terminated by us or the Policyowner according to its terms. It will terminate automatically for nonpayment of premium. The Policyowner may terminate the Group Policy in whole, and may terminate insurance for any class or group of Members, at any time by giving us written notice.

Benefits under the Group Policy are limited to its terms, including any valid amendment. No change or amendment will be valid unless it is approved in writing by one of our executive officers and given to the Policyowner for attachment to the Group Policy. If the terms of the certificate differ from the Group Policy, the terms stated in the Group Policy will govern. The Policyowner, your Employer, and their respective employees or representatives have no right or authority to change or amend the Group Policy or to waive any of its terms or provisions without our signed written approval.

We may change the Group Policy in whole or in part when any change or clarification in law or governmental regulation affects our obligations under the Group Policy, or with the Policyowner's consent.

Any such change or amendment of the Group Policy may apply to current or future Members or to any separate classes or groups of Members.

LT.TA.OT.1

## DEFINITIONS

Benefit Waiting Period means the period you must be continuously Disabled before LTD Benefits become payable. No LTD Benefits are payable for the Benefit Waiting Period. See **Coverage Features**.

Contributory means insurance is elective and Members pay all or part of the premium for insurance.

CPI-W means the Consumer Price Index for Urban Wage Earners and Clerical Workers published by the United States Department of Labor. · If the CPI-W is discontinued or changed, we may use a comparable index. Where required, we will obtain prior state approval of the new index.

Employer means an employer (including approved affiliates and subsidiaries) for which coverage under the Group Policy is approved in writing by us.

Group Policy means the group LTD insurance policy issued by us to the Policyowner and identified by the Group Policy Number.

Indexed Predisability Earnings means your Predisability Earnings adjusted by the rate of increase in the CPI-W. During your first year of Disability, your Indexed Predisability Earnings are the same as your Predisability Earnings. Thereafter, your Indexed Predisability Earnings are determined on each anniversary of your Disability by increasing the previous year's Indexed Predisability Earnings by the rate of increase in the CPI-W for the prior calendar year. The maximum adjustment in any year is 10%. Your Indexed Predisability Earnings will not decrease, even if the CPI-W decreases.

Injury means an injury to the body.

LTD Benefit means the monthly benefit payable to you under the terms of the Group Policy.

Maximum Benefit Period means the longest period for which LTD Benefits are payable for any one period of continuous Disability, whether from one or more causes. It begins at the end of the Benefit Waiting Period. No LTD Benefits are payable after the end of the Maximum Benefit Period, even if you are still Disabled. See **Coverage Features.**

Noncontributory means (a) insurance is nonelective and the Policyowner or Employer pay the entire premium for insurance; or (b) the Policyowner or Employer require all eligible Members to have insurance and to pay all or part of the premium for insurance.

Physical Disease means a physical disease entity or process that produces structural or functional changes in the body as diagnosed by a Physician.

Physician means a licensed M.D. or D.O., acting within the scope of the license. Physician does not include you or your spouse, or the brother, sister, parent, or child of either you or your spouse.

Pregnancy means your pregnancy, childbirth, or related medical conditions, including complications of pregnancy.

Prior Plan means your Employer's group long term disability insurance plan in effect on the day before the effective date of your Employer's participation under the Group Policy and which is replaced by coverage under the Group Policy.

LT.DF.OT.1

## ERISA INFORMATION AND NOTICE OF YOUR RIGHTS

A. General Plan Information

The General Plan Information required by ERISA is shown in the **Coverage Features.**

B. Termination Of The Group Policy

The Group Policy which provides benefits for this plan may be terminated by the Policyowner at any time with prior written notice to Standard Insurance Company. It will terminate automatically if the Policyowner fails to pay the required premium.

Standard Insurance Company may terminate the Group Policy on any Premium Due Date if the number of persons insured is less than the required minimum, or if Standard believes the Policyowner has failed to perform its obligations relating to the Group Policy.

C. Statement Of Your Rights Under ERISA

ERISA entitles you to the following rights and protections as a participant in your Employer's employee benefit plan:

1. Right To Examine Plan Documents

You have the right to examine all plan documents, including any annual reports filed with the U.S. Department of Labor, and any insurance contracts or collective bargaining agreements. The Plan Administrator will tell you where the plan documents are available for examination. There will be no charge for examining plan documents.

2. Right To Obtain Copies Of Plan Documents

You have the right to obtain copies of all plan documents upon written request. There may be a reasonable charge for the copies.

3. Right To Receive A Copy Of Annual Report

The Plan Administrator must give you a copy of the plan's summary annual financial report if the plan is required to file an annual report. There will be no charge for the report.

4. Right To Written Explanation Of Denial

If your claim for benefits under the employee benefit plan is denied in whole or in part, you must be given a written explanation of the reason for denial.

5. Right To Review

You have the right to have Standard Insurance Company review and reconsider any denial of your claim for plan benefits.

D. Protection Of Your Rights Under ERISA

ERISA prohibits anyone from discriminating against you in any way to prevent you from receiving a plan benefit or from exercising your rights under ERISA.

ERISA gives you the right to file suit in a state or federal court if your claim for benefits under the employee benefit plan is denied or ignored. You can also file suit in a federal court if you request plan documents and do not receive them within 30 days. In such a case the court will require the Plan Administrator to give you the plan documents you requested. In some cases the court could also require the Plan Administrator to pay you up to $110 a day until you receive the requested materials.

ERISA also imposes special obligations on the people (called "fiduciaries") who operate your Employer's employee benefit plan. The fiduciaries have a duty to protect the plan's money and the interests of plan participants.

If you believe that the fiduciaries have misused the plan's money, or that you have been discriminated against for asserting your rights, you can ask for help from the U.S. Department of Labor. You can also file suit in a federal court. If you file a suit, the court will decide who must pay the court costs and legal fees. If your suit is successful, the court may require the fiduciary to pay those costs and fees. If you lose, the court may order you to pay those costs and fees.

E. Questions About The Plan Or ERISA

If you have any questions about your Employer's employee benefit plan, you should contact the Plan Administrator.

If you have any questions about this statement or about your rights under ERISA, you should contact the nearest office of the Pension and Welfare Benefits Administration, U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries,

Pension and Welfare Benefits Administration, U.S. Department of Labor, 200 Constitution Avenue, N.W., Washington, D.C. 20210.

(NON-DENT) ERISA.1

LTDC2000

Policy# 124961                              SUSQUEHANNA INTERNATIONAL GROUP, LLP

## IMPORTANT NOTICE

To Members insured under the Group LTD Insurance Policy issued to the above Policyowner. Please attach this notice to your Certificate And Summary Plan Description.

Each group long term disability policy issued to the above Policyowner has been endorsed as follows:

A.  The policy provision entitled "Claims" ("Claims Provisions And Procedures For LTD Benefits" in some policies) is endorsed to add and delete items as follows.

   1.  The item entitled "Documentation" ("Documentation Of Claim" in some policies) is deleted and the following item is added:

      Documentation

      Completed claims statements, a signed authorization for us to obtain information, and any other items we may reasonably require in support of a claim must be submitted at your expense. If the required documentation is not provided within 45 days after we mail our request, your claim may be denied.

   2.  The item entitled "Notice Of Decision On Claim" is deleted and the following item is added:

      Notice Of Decision On Claim

      We will evaluate your claim promptly after you file it. Within 45 days after we receive your claim we will send you: (a) a written decision on your claim; or (b) a notice that we are extending the period to decide your claim for 30 days. Before the end of this extension period we will send you: (a) a written decision on your claim; or (b) a notice that we are extending the period to decide your claim for an additional 30 days. If an extension is due to your failure to provide information necessary to decide the claim, the extended time period for deciding your claim will not begin until you provide the information or otherwise respond.

      If we extend the period to decide your claim, we will notify you of the following: (a) the reasons for the extension; (b) when we expect to decide your claim; (c) an explanation of the standards on which entitlement to benefits is based; (d) the unresolved issues preventing a decision; and (e) any additional information we need to resolve those issues.

      If we request additional information, you will have 45 days to provide the information. If you do not provide the requested information within 45 days, we may decide your claim based on the information we have received.

      If we deny any part of your claim, you will receive a written notice of denial containing:

      a.  The reasons for our decision.

      b.  Reference to the parts of the Group Policy on which our decision is based.

      c.  Reference to any internal rule or guideline relied upon in making our decision.

      d.  A description of any additional information needed to support your claim.

      e.  Information concerning your right to a review of our decision.

      f.  Information concerning your right to bring a civil action for benefits under section 502(a) of ERISA if your claim is denied on review.

   3.  The item entitled "Review Procedure" is deleted and the following item is added:

      Review Procedure

      If all or part of a claim is denied, you may request a review. You must request a review in writing within 180 days after receiving notice of the denial.

You may send us written comments or other items to support your claim. You may review and receive copies of any non-privileged information that is relevant to your request for review. There will be no charge for such copies. You may request the names of medical or vocational experts who provided advice to us about your claim.

The person conducting the review will be someone other than the person who denied the claim and will not be subordinate to that person. The person conducting the review will not give deference to the initial denial decision. If the denial was based on a medical judgement, the person conducting the review will consult with a qualified health care professional. This health care professional will be someone other than the person who made the original medical judgement and will not be subordinate to that person. Our review will include any written comments or other items you submit to support your claim.

We will review your claim promptly after we receive your request. Within 45 days after we receive your request for review we will send you: (a) a written decision on review; or (b) a notice that we are extending the review period for 45 days. If the extension is due to your failure to provide information necessary to decide the claim on review, the extended time period for review of your claim will not begin until you provide the information or otherwise respond.

If we extend the review period, we will notify you of the following: (a) the reasons for the extension; (b) when we expect to decide your claim on review; and (c) any additional information we need to decide your claim.

If we request additional information, you will have 45 days to provide the information. If you do not provide the requested information within 45 days, we may conclude our review of your claim based on the information we have received.

If we deny any part of your claim on review, you will receive a written notice of denial containing:

a.   The reasons for our decision.

b.   Reference to the parts of the Group Policy on which our decision is based.

c.   Reference to any internal rule or guideline relied upon in making our decision.

d.   Information concerning your right to receive, free of charge, copies of non-privileged documents and records relevant to your claim.

e.   Information concerning your right to bring a civil action for benefits under section 502(a) of ERISA.

The Group Policy does not provide voluntary alternative dispute resolution options. However, you may contact your local U.S. Department of Labor Office and your State insurance regulatory agency for assistance.

B.   For purposes of the Endorsement, the terms "we", "us" and "our" mean Standard Insurance Co. The terms "you" and "your" mean the persons insured under the Group Policy.

C.   The Endorsement is effective on January 1, 2002, and applies to claims for benefits filed on or after that date.

STANDARD INSURANCE COMPANY

Policy# 124961                    SUSQUEHANNA INTERNATIONAL GROUP, LLP

## IMPORTANT NOTICE

To Members insured under any Standard Insurance Company Group Policy issued to the above Policyowner and providing coverage for Long Term Disability, Short Term Disability, Life and/or Accidental Death and Dismemberment. Please attach this notice to your Group Insurance Certificate And Summary Plan Description, which replaces the ERISA INFORMATION AND NOTICE OF RIGHTS section existing prior to January 1, 2002.

## ERISA INFORMATION AND NOTICE OF RIGHTS

The following information and notice of rights and protections is furnished by the Plan Administrator as required by the Employee Retirement Income Security Act of 1974 (ERISA)

A.  Termination or Amendment of the Group Policy

   The Group Policy that provides benefits for this Plan may be terminated by the Policyowner at any time with prior written notice to Standard Insurance Company. It will terminate automatically if the Policyowner fails to pay the required premium.

   Standard Insurance Company may terminate the Group Policy if the number of persons insured is less than the required minimum, or if Standard believes the Policyowner has failed to perform its obligations relating to the Group Policy.

   The Group Policy may be changed in whole or in part. No change or amendment will be valid unless it is approved in writing by a Standard Insurance Company executive officer.

   The summary plan description and Group Policy contain the complete termination and amendment provisions.

B.  Statement of Your Rights Under ERISA

   1.  Right To Examine Plan Documents

      You have the right to examine all Plan documents, including any insurance contracts or collective bargaining agreements, and a copy of the latest annual report (Form 5500 Series) filed with the U.S. Department of Labor and available at the Public Disclosure Room of the Pension and Welfare Benefit Administration. These documents may be examined free of charge at the Plan Administrator's office.

   2.  Right To Obtain Copies of Plan Documents

      You have the right to obtain copies of all Plan documents, including any insurance contracts or collective bargaining agreements, a copy of the latest annual report (Form 5500 Series), and updated summary plan description upon written request to the Plan Administrator. The Plan Administrator may make a reasonable charge for these copies.

   3.  Right To Receive A Copy of Annual Report

      The Plan Administrator must give you a copy of the Plan's summary annual financial report, if the Plan was required to file an annual report. There will be no charge for the report.

   4.  Right to Review of Denied Claims

      If your claim for a Plan benefit is denied or ignored, in whole or in part, you have the right: a) to know why this was done; b) to obtain copies of documents relating to the decision, without charge; and c) to have your claim reviewed and reconsidered, all within certain time schedules.

1

C. Obligations of Fiduciaries

In addition to creating rights for plan participants, ERISA imposes duties upon the people who are responsible for the operation of the Plan. The people who operate the Plan, called "fiduciaries" of the Plan, have a duty to do so prudently and in the interest of all Plan participants and beneficiaries. No one, including your employer, your union, or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a Plan benefit or exercising your rights under ERISA.

D. Enforcing ERISA Rights

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request Plan documents or the latest annual report from the Plan and do not receive them within 30 days, you may file suit in a Federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Plan Administrator.

If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or Federal court. If it should happen that Plan fiduciaries misuse the Plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a Federal court. The court will decide who should pay court costs and legal fees. If you are successful the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

E. Plan and ERISA Questions

If you have any questions about the Plan, you should contact the Plan Administrator. If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the Plan Administrator, you should contact the nearest office of the Pension and Welfare Benefits Administration, U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Pension and Welfare Benefits Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, DC 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Pension and Welfare Benefits Administration.

STANDARD INSURANCE COMPANY

2