**FILED**

**FEBRUARY 4, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good
standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for
by Local Rules 83.12 through 83.14.

**08 C 752**

In the Matter of                                                            Case Number:

JONATHAN KAPLAN
vs.
SUSQUEHANNA INTERNATIONAL GROUP, LLP., LONG
TERM DISABILITY PLAN, Designated for Employees of
Susquehanna International Group. LLP., et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plantiff

**JUDGE MANNING**
**MAGISTRATE JUDGE NOLAN**

| NAME (Type or print) |
| --- |
| Kenneth P. Dobbs |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Kenneth P. Dobbs |

| FIRM |
| --- |
| Dobbs and Hutchison, Attorneys at Law |

| STREET ADDRESS |
| --- |
| 47 West Polk Street, Dearborn Station, Suite M-2 |

| CITY/STATE/ZIP |
| --- |
| Chicago, IL   60605 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6210356 | (312) 461-9200 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐