# United States District Court for the Northern District of Illinois

Case Number: 08cv752                    Assigned/Issued By: j. n.

Judge Name:                             Designated Magistrate Judge:

---

## FEE INFORMATION

*Amount Due:*   ☐ $350.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☐ No Fee   ☐ Other _____

☐ $455.00

Number of Service Copies _____                Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____              Receipt #: _____

Date Payment Rec'd: _____              Fiscal Clerk: _____

---

## ISSUANCES

☑ Summons                                    ☐ Alias Summons

☐ Third Party Summons                        ☐ Lis Pendens

☐ Non Wage Garnishment Summons               ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons         _____
                                             _____
☐ Citation to Discover Assets                (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

__2__ Original and __0__ copies on __2-19-08__ as to __susquehanna__
                                    (Date)
__international group, llc; standard insurance co.__

_____