**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Jonathan Kaplan
                                    Plaintiff,

v.                                                                       Case No.: 1:08−cv−00752
                                                                      Honorable Blanche M. Manning

Susquehanna International Group LLP, et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 1, 2008:

      MINUTE entry before Judge Honorable Blanche M. Manning: Status hearing held on 4/1/2008. Plaintiff failed to appear. Defendant appeared and is allowed to 5/2/2008 to answer or otherwise plead. Status hearing set for 5/1/2008 at 11:00 AM. If plaintiff fails to appear at the next status hearing, the case will be dismissed for want of prosecution.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.