UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JONATHAN KAPLAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SUSQUEHANNA INTERNATIONAL GROUP, LLP. ) <br> LONG TERM DISABILITY PLAN, ) <br> Designated for Employees of ) <br> Susquehanna International Group. LLP., ) <br> STANDARD INSURANCE COMPANY, ) <br> in its capacity as Administrator ) <br> of the Plan; ) <br> ) <br> Defendants. ) | No.   08 C 752 <br><br> Judge Manning <br><br> Magistrate Judge <br> Nolan |

**AGREED SCHEDULING ORDER**

1.  All fact discovery will be completed by September 29, 2008. Any Motion(s) to compel regarding fact discovery should be filed as soon as possible, but no later than the close of fact discovery.

2.  Plaintiff does not intend to call an expert witness at this time, but reserves the right to call an expert witness, pending further information that may be disclosed during discovery. It is Defendants' position that no expert discovery should be allowed with respect to the Plaintiff's claim for benefits in the Complaint under 29 U.S.C. §1132(a)(1)(B),

because this is an ERISA case governed by the arbitrary and capricious standard of review.

3.   Defendant does not intend to call an expert witness with respect to their Counterclaim to recover overpaid benefits under 29 U.S.C. §1132(a)(1)(B).

4. - 6.   See responses to #2 - 3.

Date: July 18, 2008                    Respectfully submitted,

/s/Roger S. Hutchison
Attorney for Plaintiff

/s/Barrett Thies
(with consent)
Attorney for Defendants