## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Jonathan Kaplan
                                                               Plaintiff,

v.                                                                    Case No.: 1:08−cv−00752
                                                                             Honorable Blanche M. Manning

Susquehanna International Group LLP, et al.
                                                             Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 23, 2008:

      MINUTE entry before the Honorable Nan R. Nolan:Magistrate Judge Status hearing held on 7/23/2008 and continued to 9/25/2008 at 09:00 AM. Parties agreed oral motion for extension of discovery cut−off is granted. Discovery cut−off is extended to 09/29/08.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.